

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00678-CV

**IN THE MATTER OF THE ESTATE OF GLORIA MARIE SHRIVER, DECEASED**,

From the County Court, Jim Wells County, Texas
Trial Court No. 13-07502-PR
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

The Appellant's First Motion for Extension of Time to File Appellant's Reply to Appellee's Response is hereby GRANTED. Time is extended to February 13, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court